# EXHIBIT "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-22152-MOORE-SIMONTON

DAVON L. OUTTEN,

        Plaintiff,

vs.

CAPITAL MANAGEMENT SERVICES, L.P.,

        Defendant.

_____/

**SECOND SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSION**

Defendant, CAPITAL MANAGEMENT SERVICES, L.P., by and through undersigned counsel, hereby serves its Second Supplemental Responses to Plaintiff's Requests for Admission dated September 4, 2009, as follows:

**REQUEST NO. 49.** CMS left a pre-recorded telephone message for more than 50 Florida residents in which it failed to disclose that the communication was from a debt collector in an attempt to collect a debt incurred for personal, family, or household purposes arising from an alleged debt due CitiBank during the period of time August 11, 2008 through the present.

**RESPONSE:** Admitted.

Dated: January 4, 2010

Case No. 09-CV-22152-MOORE-SIMONTON

Respectfully submitted,

_____
Barbara Fernandez
Florida Bar No. 493767
bfernandez@hinshawlaw.com
Hinshaw & Culbertson LLP
9155 S. Dadeland Boulevard
Suite 1600
Miami, Florida 33156-2741
Tel. No. 305-358-7747
Fax No. 305-577-1063
Attorneys for Defendant CAPITAL MANAGEMENT SERVICES L.P.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 4, 2010, I e-mailed and sent via regular mail the foregoing to all counsel of record identified on the attached Service List.

_____
Barbara Fernandez

2

Case No. 09-CV-22152-MOORE-SIMONTON

## SERVICE LIST

**United States District Court, Southern District of Florida**

Donald A. Yarbrough, Esq.
Post Office Box 11842
Ft. Lauderdale, FL  33339
Tel:  954-537-2000
Fax: 954-566-2235
donyarbrough@mindspring.com
Attorneys for Plaintiff

Craig M. Shapiro
Horwitz, Horwitz & Associates
25 East Washington Street, Suite 900
Chicago, IL 60602
Tel: 312-372-8822
Fax: 312-372-1673
craig@horwitzlaw.com
Attorneys for Plaintiff