UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22152-Civ-Moore/Simonton

DAVON L. OUTTEN,
on behalf of himself and
all others similarly situated,

      Plaintiff,
v.

CAPITAL MANAGEMENT SERVICES, LP,

      Defendant.
_____/

**DECLARATION OF DAVON L. OUTTEN
IN SUPPORT OF
<u>PLAINTIFF'S MOTION FOR CLASS CERTIFICATION</u>**

      I, Davon L. Outten, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

      1.     I am the plaintiff in this lawsuit.

      2.     Defendant Capital Management Services, LP left telephone messages on my answering machine which did not state that the calls were from a debt collector.

      3.     I understand that this lawsuit alleges that Defendant violated a federal law known as the Fair Debt Collection Practices Act ("FDCPA") by leaving telephone messages that failed to state that the call is from a debt collector.

      4.     I understand that this lawsuit alleges violations on behalf of a class defined as all Florida residents for whom Defendant left a pre-recorded telephone message in which it failed to disclose that the communication was from a debt collector in an attempt to collect a debt incurred for personal, family, or household purposes arising from an alleged debt due CitiBank.

5. I understand that the class of persons on whose behalf the lawsuit was filed extends back one year prior to the filing of this action.

6. I understand that a class action is a lawsuit brought by at least one person, myself, on behalf of a group of people who have been treated in the same illegal manner by the Defendant.

7. I am willing to be a representative of the class.

8. I understand:

   a) That as a class representative I have the responsibility to see that the lawyers prosecute the case on behalf of the entire class, not just myself.

   b) That I may have to testify at a deposition and/or trial and provide documents and information for use in the case.

   c) That the case cannot be dropped or settled without protecting the class members. This normally means that the other members of the class have to get a fair monetary settlement of their claims.

   d) That the Court has to approve any settlement or disposition on behalf of the class.

9. I have arranged for my attorneys to advance all costs, including the cost of notification of the class, of this action while I remain responsible for my *pro rata* share of these costs.

10. I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to such money as a matter of right, and that I have not been promised or guaranteed money for being the class representative.

11. I am not employed by or related to any of my attorneys, Donald A. Yarbrough or Craig M. Shapiro. They will be paid as directed by the Court, if the case is successful, out of Defendant's assets or the funds recovered for the class.

Miami, Florida on January 7, 2010.

<u>s/ Davon L. Outten</u>
Davon L. Outten

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22152-Civ-Moore/Simonton

DAVON L. OUTTEN,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, LP,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 7, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Post Office Box 569009
Miami, FL 33256-9009
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF