UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22152-Civ-Moore/Simonton

DAVON L. OUTTEN,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, LP,

    Defendant.
_____/

# DECLARATION OF CRAIG M. SHAPIRO
## IN SUPPORT OF
## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Craig M. Shapiro, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1. I am one of the attorneys representing Plaintiff Davon L. Outten in this matter.

2. I am a member in good standing of the bars of the following courts:

> State of Illinois
> Chicago, Illinois
> January 4, 2005
>
> United States Court of Appeals for the Seventh Circuit
> Chicago, Illinois
> January 19, 2007
>
> United States District Court for the Northern District of Illinois
> Chicago, Illinois
> June 22, 2005
>
> United States District Court for the Northern District of Indiana
> South Bend, Indiana
> January 23, 2006

        United States District Court for the Central District of Illinois
Springfield, Illinois
April 23, 2007

        United States District Court for the Southern District of Illinois
East Saint Louis, Illinois
July 26, 2007

        United States District Court for the Western District of Michigan
Grand Rapids, Michigan
August 13, 2007

        United States District Court for the Eastern District of Michigan
Detroit, Michigan
December 27, 2007

3.    I am a 2004 graduate of the Chicago-Kent College of Law. After a short time litigating personal injury cases, I began solely to represent persons in consumer rights litigation, both individual and class cases.

4.    I was described by Judge Gottschall of the Northern District of Illinois as "highly experienced in class actions." Acik v. I.C. System, Inc., 251 F.R.D. 332, 336 (N.D.Ill. 2008).

5.    Judge Dimitrouleas recently described Donald A. Yarbrough and myself as "counsel who are experienced in class action and consumer litigation." Hicks v. Client Services, Inc., 2008 U.S.Dist.LEXIS 101129, *23 (S.D.Fla. 2008).

6.    I have been appointed class counsel in the following FDCPA class action cases: Day v. Capital Management Services, LP, 08-cv4316, Docket # 35, N.D.Ill., April 9, 2009 (Honorable Judge William Hart); Hicks v. Client Services, Inc., 2008 U.S.Dist.LEXIS 101129 (S.D.Fla. 2008); Quiroz v. Revenue Production Management, Inc., 252 F.Supp.2d 438 (N.D.Ill. 2008); Acik v. I.C. System, Inc., 251 F.R.D. 332 (N.D.Ill. 2008); Fragoso v. HBLC, Inc., *et al.*, 07-cv-5482, Docket # 53, N.D.Ill., May 7, 2008 (Honorable Judge Samuel Der-Yeghiayan); Day v. ICUL Service Corporation, 07-cv-882, Docket # 34, N.D.Ill, August 15, 2007 (Honorable

Judge Joan H. Lefkow); Karnette v. Wolpoff & Abramson, 2007 U.S.Dist.LEXIS 20794, * 31 (E.D.Va., Mar. 23, 2007); Day v. Check Brokerage Corp., 240 F.R.D. 414, 419 (N.D.Ill. 2007); Warcholek v. Medical Collections Sys., 241 F.R.D. 291, 294 (N.D.Ill. 2006).

7.      I have been involved in the following FDCPA cases: McKinney v. Cadleway Properties, Inc., 548 F.3d 496 (7th Cir. 2008); Day v. Check Brokerage Corp., 2009 WL 4931739, 2009 U.S.Dist.LEXIS 116695 (N.D.Ill. 2009); Acik v. I.C. System, Inc., 640 F.Supp.2d 1019 (N.D.Ill. 2009) (Summary Judgment); Hicks v. Client Services, Inc., 2009 WL 2365637 (S.D.Fla. 2009); Hicks v. Client Services, Inc., 257 F.R.D. 699 (S.D.Fla. 2009) (Defendant's Motion to Decertify Class denied); Shapiro v. United Recovery Serv., 2009 U.S.Dist.LEXIS 39810 (N.D.Ill. May 12, 2009); Gaisser v. Portfolio Recovery Associates, LLC, 2009 WL 590167 (S.D.Fla. Feb. 26, 2009) (Defendants' Motion for Reconsideration denied); Gaisser v. Portfolio Recovery Associates, LLC, 593 F.Supp.2d 1297 (S.D.Fla. 2009) (Defendants' Motion for Summary Judgment denied); Hicks v. Client Services, Inc., 2008 U.S.Dist.LEXIS 101129, 2008 WL 5479111 (S.D.Fla. 2008) (Class Certification Granted); Quiroz v. Revenue Production Management, Inc., 252 F.R.D. 438 (N.D.Ill. 2008) (Class Certification Granted); Gaisser v. Portfolio Recovery Associates, LLC, 571 F.Supp.2d 1273 (S.D.Fla. 2008) (Defendants' Motions to Dismiss denied in part); Acik v. I.C. System, Inc., 251 F.R.D. 332 (N.D.Ill. 2008) (Class Certification Granted); Giblin v. Revenue Prod. Mgmt., 2008 U.S.Dist.LEXIS 22854, 2008 WL 780627 (N.D.Ill. 2008); Jenkins v. General Collection Co., 538 F.Supp.2d 1165 (D.Neb., 2008) (Defendants' Motion for Summary Judgment denied); Jenkins v. General Collection Co., 246 F.R.D. 600 (D.Neb. 2007) (adopting report & recommendation to strike offer of judgment); Posso v. Asta Funding, Inc., 2007 U.S.Dist.LEXIS 83741, 2007 WL 3374400 (N.D.Ill., Nov. 9, 2007); McKinney v. Cadleway Prop., Inc., 2007

U.S.Dist.LEXIS 79786 (N.D.Ill., Oct. 23, 2007) (adopting report & recommendation in full awarding costs and attorney fees); Balezos v. Cavalry Portfolio Serv., LLC, 2007 U.S.Dist.LEXIS 70688 (D.Ariz., Sept. 21, 2007); Day v. Check Brokerage Corp., 511 F.Supp.2d 950 (N.D.Ill. 2007) (summary judgment granted in part, denied in part); Jenkins v. General Collection Co., 2007 WL 2462614, 2007 U.S. Dist. LEXIS 64462 (D.Neb., Aug. 28, 2007) (striking Offer of Judgment); Balezos v. Cavalry Portfolio Serv., LLC, 2007 U.S.Dist.LEXIS 60138 (D.Ariz., Aug. 15, 2007); McKinney v. Cadleway Prop. Inc., 2007 U.S. Dist. LEXIS 41588 (N.D. Ill, June 8, 2007) (attorney fees award); Gonzales v. Arrow Fin. Servs. LLC, 489 F.Supp.2d 1140 (S.D.Cal. 2007) (summary judgment granted for plaintiff); Karnette v. Wolpoff & Abramson, 2007 U.S.Dist.LEXIS 20794 (E.D.Va., Mar. 23, 2007) (Class Certification Granted); Day v. Check Brokerage Corp., 240 F.R.D. 414 (N.D.Ill. 2007) (Class Certification Granted); Hamilton v. Am. Corrective Counseling Serv., 2007 U.S.Dist.LEXIS 11488 (N.D.Ind., Feb. 14, 2007) (class certified); Warcholek v. Medical Collections Sys., 241 F.R.D. 291 (N.D.Ill. 2006) (Class Certification Granted); Posso v. Wolpoff & Abramson, L.L.P., 2006 U.S.Dist.LEXIS 73963 (N.D.Ill. Oct. 11, 2006); Karnette v. Wolpoff & Abramson, L.L.P., 444 F.Supp.2d 640 (E.D.Va. 2006) (Motion to Compel Arbitration Denied); Turner v. Shenandoah Legal Group, P.C., 2006 U.S. Dist. LEXIS 39341 (E.D.Va. June 12, 2006) (Report & Recommendation to Deny Motion to Dismiss); Thweatt v. Law Firm of Koglmeier, Dobbins, Smith & Delgado, PLC, 425 F.Supp.2d 1011 (D.Ariz. 2006) (Motion to Dismiss Denied); Gacy v. Gammage & Burnham, 2006 U.S. Dist. LEXIS 8525 (D.Ariz. Feb. 23, 2006); Gonzales v. Arrow Fin. Servs., 233 F.R.D. 577 (S.D.Cal. 2006) (Class Certification Granted); Gacy v. Gammage & Burnham et al., 2005 U.S.Dist.LEXIS 38081 (D.Ariz. Dec. 15, 2005) (Class Certification Granted).

Executed at Chicago, Illinois, on January 7, 2010.

                                           <u>s/ Craig M. Shapiro</u>
                                           Craig M. Shapiro

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22152-Civ-Moore/Simonton

DAVON L. OUTTEN,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, LP,

    Defendant.
_____/

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>January 7, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                       <u>s/Donald A. Yarbrough</u>
                                                        Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Post Office Box 569009
Miami, FL 33256-9009
Telephone: 305-358-7747
Facsimile: 305-577-1063

<u>Via Notices of Electronic Filing generated by CM/ECF</u>