UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22152-Civ-Moore/Simonton

DAVON L. OUTTEN,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, LP,

    Defendant.
_____/

**DECLARATION OF DONALD A. YARBROUGH
IN SUPPORT OF
<u>PLAINTIFF'S MOTION FOR CLASS CERTIFICATION</u>**

    I, Donald A. Yarbrough, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

    1.    I am a member in good standing of the Bars of the following Courts:

Supreme Court of Florida
Tallahassee, Florida
November 21, 1998

United States District Court Southern District of Florida
Miami, Florida
April 23, 1999

United States District Court Middle District of Florida
Tampa, Florida
May 5, 1999

United States District Court Northern District of Florida
Tallahassee, Florida
January 15, 1999

United States Court of Appeals for the Eleventh Circuit
Atlanta, GA
August 29, 2002

United States Court of Federal Claims
Washington, DC
August 5, 1999

United States Court of Appeals for the Federal Circuit
Washington, DC
October 1, 1999

United States Tax Court
Washington, DC
December 21, 1998

2.      I am a graduate of the University of Florida College of Law, December 22, 1995. I was awarded the 1995 Book Award for Trial Practice. As an undergraduate, I attended the University of Chicago and the University of Florida. I earned a Bachelor of Science in Accounting at the University of Florida on December 17, 1983 where I was a member of Beta Alpha Psi, National Honorary Society in Accounting.

3.      In December 1983 I opened my practice as an accountant and on March 31, 1988 I was licensed as a Certified Public Accountant in Florida.

4.      In November 1998 I opened my law office as a sole practitioner with a law general practice. In 2001, I began representing consumers in litigation under the Fair Debt Collection Practices Act and since January 1, 2005 have limited my practice exclusively to representation of consumers with respect to debt collection abuse.

5.      I have written the following published articles:

*"The New Gramm-Leach-Bliley Act: Privacy Notices for CPAs"* published by "Florida CPA Today" a publication of the Florida Institute of CPAs, September/October 2001.

"*CPA-Client Confidentiality: The New Federal Privilege*" Co-author, published by Florida CPA Today," a publication of the Florida Institute of CPAs, November 1999. Awarded the Year 2000 Florida CPA Today Editorial Committee Award for Writing Excellence. Reprinted by the Society of Louisiana Certified Public Accountants, January/February 2000. Reprinted by "The Attorney-CPA" a publication of the American Association of Attorney-Certified Public Accountants, Volume XXXV, Number 3, 2000. Reprinted by The Wisconsin CPA" a publication of the Wisconsin Institute of CPAs, December 2000.

6. I am a member of the Federal Bar Association and have been a member of the Board of Directors of the Broward County Chapter from 2002 to the present.

7. I was Plaintiff's counsel in three appellate cases resulting in favorable rulings: <u>Gallo v. Brady</u>, 925 So. 2d 363, (Fla. Dist. Ct. App. 4th Dist, 2006), (reversing a summary judgment order against my client in an attorney malpractice case) and <u>Danow v. Borack</u>, Case No. 06-12088, U.S. App. 11th Cir., 2006. (2006 U.S. App. LEXIS 23894) (reversing the trail court's dismissal with prejudice in a case under the Fair Debt Collection Practices Act) and a subsequent appeal of the same case, <u>Danow v. Borack</u>, Case No. 08-16298, U.S. App. 11th Cir., 2009. (2009 U.S. App. LEXIS 20191) (upholding a jury verdict in favor of Plaintiff). I have been appointed class counsel in two

cases under the Fair Debt Collection Practices Act. *Hicks v. Client Services, Inc.*, 2008 U.S.Dist.LEXIS 101129, 2008 WL 5479111, Case No.: 07-61822-Civ-Dimitrouleas/Snow (S.D.Fla. 2008); and *Drossin v Nation Action Financial Services, Inc.*, Case No.: 07-61873 Dimitrouleas/Snow (S.D.Fla. 2009).

  I am one of the attorneys for Plaintiff in this action. I have been Plaintiff's counsel in over 500 cases under the Fair Debt Collection Practices Act in the Southern District of Florida. I have been involved in the following FDCPA cases: *Monica A. Harmon v Retrieval Masters Creditors Bureau, Inc d/b/a American Medical Collection Agency*, Case No.: 07-80777-Civ-Middlebrooks/Johnson (S.D.Fla., March 25, 2009); *S. James Wallace v Collection Information Bureau, Inc.*, Case No.: 07-80941-Civ-Hurley/Hopkins (S.D.Fla., October 9, 2008); *Monica I. Barreras v. Viking Collection Service, Inc*., Case No.: 05-61855-Civ- Marra/Seltzer (S.D.Fla., March 10, 2008); *Jennifer I. Scott v. Commonwealth Financial Systems, Inc.,* Case No.: 07-21192-Civ-Cooke/Brown (S.D.Fla., February 19, 2008); *Ruth V. Koku v. Educational Computer System, Inc.,* Case No.: 07-61231-Civ-Lenard/Torres (S.D.Fla., January 30, 2008); *Clifford J. Cideko v. Trans National Credit Corporation*, Case No.: 06-61606-Civ-Cohn/Snow (S.D.Fla., July 27, 2007); *Cathi A. Guidara-Fiano, et al.  v The Law Offices of Jason J. Evans, P. C.,* Case No.: 07-60227-Civ-Hurley/Hopkins (S.D.Fla., October 1, 2007); *Lori A. Bloomer v. Creditors Collection Services, Inc.*, Case No.: 06-61264-Civ-Seitz/McAliley (S.D.Fla., July 5, 2007); *Carolynne F. Williams v. Sun Asset Management, LLC,* Case No.: 07-60057-Civ-Ungaro/ O'Sullivan (S.D.Fla., May 14,

4

2007); *Wayne E. Small v. Absolute Collection Service, Inc.,* Case No.: 04-61196-Civ-Jordan/Brown (S.D.Fla. March 22, 2006); *Sharon A. Campbell v. Credigy Services Corp.*, Case No.: 05-61539-Civ-Marra/ Seltzer (S.D.Fla. February 2, 2006); *James V. Facciolo, III, v. Arent*, Case No. 03-61679-Civ-Dimitrouleas/ Torres (S.D.Fla., June 9, 2004).

Executed this 7 day of January, 2010
at Fort Lauderdale, Florida

                                                  s/Donald A. Yarbrough

Respectfully submitted,

DONALD A. YARBROUGH
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, FL  33339
Telephone (954) 537-2000
Facsimile (954) 566-2235
donyarbrough@mindspring.com

By: s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-22152-Civ-Moore/Simonton

DAVON L. OUTTEN,
on behalf of himself and
all others similarly situated,

    Plaintiff,
v.

CAPITAL MANAGEMENT SERVICES, LP,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>January 7, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Post Office Box 569009
Miami, FL 33256-9009
Telephone: 305-358-7747
Facsimile: 305-577-1063

<u>Via Notices of Electronic Filing generated by CM/ECF</u>