UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-22152-MOORE-SIMONTON

DAVON L. OUTTEN,

        Plaintiff,

vs.

CAPITAL MANAGEMENT
SERVICES, L.P.,

        Defendant.
_____/

### AFFIDAVIT OF JEFFREY REZNICKI

STATE OF NEW YORK    )
                                    ) ss:
COUNTY OF ERIE        )

    BEFORE ME, the undersigned authority, personally appeared Jeffrey Reznicki who, after being first duly sworn, deposes and says:

    1.    My name is Jeffrey Reznicki and I have personal knowledge of the facts contained in this affidavit.

    2.    I am the Chief Financial Officer of Capital Management Services, L.P.

    3.    Attached is a true and correct copy of Capital Management Services' Balance Sheet for 2008.

Case No. 09-CV-22152-MOORE-SIMONTON

4. Capital Management Services' net worth as of December 31, 2008 was $2,197,775.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jeffrey Reznicki
Chief Financial Officer
Capital Management Services

BEFORE ME personally appeared Jeffrey Reznicki, Chief Financial Officer for Capital Management Services, who is known to me to be the person described in and who executed the foregoing instrument, and acknowledged to and before me that he executed said instrument for the purposes therein expressed.

DATED this 5th day of April, 2010.

_____
NOTARY PUBLIC
Print Name: Jennifer L. Michael

My commission expires: 5/16/2010

JENNIFER L. MICHAEL
Notary Public, State of New York
Qualified in Erie County
My Commission Expires May 16, 2010

Personally Known ✓
Type of Identification Produced _____

2

14473488v1 903577 7791

Schedule 1

CAPITAL MANAGEMENT SERVICES, L.P.
AND SUBSIDIARY
Consolidating Balance Sheet
December 31, 2008

| | Partnership | Subsidiary | Eliminations | Total |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash | $ 1,534,902 | 68,746 | - | 1,603,648 |
| Receivables: | | | | |
| Accounts | 3,853,270 | 8,868 | - | 3,862,138 |
| Related party | 74,072 | - | (74,072) | - |
| Total receivables | 3,927,342 | 8,868 | (74,072) | 3,862,138 |
| Prepaid expenses and other assets | 421,407 | - | - | 421,407 |
| Total current assets | 5,883,651 | 77,614 | (74,072) | 5,887,193 |
| Fixed assets, at cost | 10,385,198 | - | - | 10,385,198 |
| Less accumulated depreciation and amortization | (5,353,638) | - | - | (5,353,638) |
| Net fixed assets | 5,031,560 | - | - | 5,031,560 |
| Total assets | $ 10,915,211 | 77,614 | (74,072) | 10,918,753 |
| **Liabilities and Partners' Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | 2,695,402 | 1,757 | - | 2,697,159 |
| Accrued expenses | 1,776,082 | 1,785 | - | 1,777,867 |
| Related party | - | 74,072 | (74,072) | - |
| Security deposits held for sublease | 35,000 | - | - | 35,000 |
| Current installments of notes payable | 1,005,395 | - | - | 1,005,395 |
| Total current liabilities | 5,511,879 | 77,614 | (74,072) | 5,515,421 |
| Notes payable, excluding current installments | 3,205,557 | - | - | 3,205,557 |
| Total liabilities | 8,717,436 | 77,614 | (74,072) | 8,720,978 |
| Partners' equity | 2,197,775 | - | - | 2,197,775 |
| Total liabilities and partners' equity | $ 10,915,211 | 77,614 | (74,072) | 10,918,753 |

11